**People of the State of Illinois, Defendant in Error, v. William A. Doss, Plaintiff in Error.**

**Gen. No. 9,373.**

opinion filed February 24, 1943; rehearing denied May 4, 1943. William A. Doss, *pro se;* A. M. Fitzgerald and William T. Day, for plaintiff in error; Oliver D. Mann, Special State's Attorney, for defendant in error. Opinion by PRESIDING JUSTICE RIESS. "Not to be published in full."